UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     Case No. 92-CR-81127

GREGORY BROWN,                      HON. AVERN COHN

    Defendant.

_____/

## **ORDER GRANTING MOTION TO ACCEPT PETITIONER'S REPLY AS TIMELY**

       This is a criminal case. In 1997, defendant was convicted by a jury of (1) conspiracy to posses with intent to distribute cocaine, in violation of 21 U.S.C. § 846 and § 841(a)(1), (2) intentional killing, aiding and abetting, in furtherance of a continuing criminal enterprise (CCE), in violation of 21. U.S.C. § 848(e)(1)(A), and 18 U.S.C. § 2, and (3) using or carrying a firearm in relation to a drug offense, in violation of 18 U.S.C. § 924(c). Defendant was sentenced to life imprisonment.

       Defendant then filed a motion to reduce or modify sentence under 18 U.S.C. § 3582(c). The government filed a response. The Court denied the motion. See Order filed November 29, 2007.

       Before the Court is defendant's motion to accept his reply to the government's response. The motion is GRANTED; the Court accepts defendant's reply. However,

having reviewed defendant's reply, the Court is satisfied that it properly denied defendant's motion under § 3582(c).

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Gregory Brown, #07163-041, FCI Memphis, P.O. Box 34550, Memphis, TN 38184 on this date, December 19, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160