UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                     Case No. 92-CR-81127

D-40, GREGORY BROWN,                          HON. AVERN COHN

    Defendant.

_____/


## ORDER DENYING MOTION FOR RECONSIDERATION

This is a criminal case. In 1997, defendant was convicted by a jury of (1) conspiracy to posses with intent to distribute cocaine, in violation of 21 U.S.C. § 846 and § 841(a)(1), (2) intentional killing, aiding and abetting, in furtherance of a continuing criminal enterprise (CCE), in violation of 21. U.S.C. § 848(e)(1)(A), and 18 U.S.C. § 2, and (3) using or carrying a firearm in relation to a drug offense, in violation of 18 U.S.C. § 924(c). Defendant was sentenced to life imprisonment.

Defendant filed a motion to reduce or modify sentence under 18 U.S.C. § 3582(c). The Court denied the motion on the grounds that there has been no change to the sentencing guidelines, particularly the 2006 amendment to the application notes of U.S.S.G. § 2A1.1,[1] used to determine defendant's sentencing range.

Before the Court is defendant's motion for reconsideration. Defendant's motion presents the same arguments previously considered and rejected by the Court and

---

    [1]This guideline provision calls for a sentence of life imprisonment in a case of premeditated killing or where death results from the commission of certain felonies.

otherwise fails to demonstrate that the Court's order was entered in error.  See E.D. Mich. LR 7.1(g).

    SO ORDERED.

                                              s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Gregory Brown, #07163-041, FCI Memphis, P.O. Box 34550, Memphis, TN 38184on this date, January 9, 2008, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160