UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiffs,                No. 92-CR-81127-40

vs.                                    Hon. David M. Lawson

GREGORY BROWN,

                Defendant.

**DEFENDANT GREGORY BROWN'S SUPPLEMENT TO REPLY BRIEF**

    As defense counsel is certain the Court is aware, but in order to complete his record, Gregory Brown, by and through his counsel, hereby submits a supplement to his reply brief (ECF 2453), requesting the Court to take judicial notice of the decision in *United States v. Gordon*, 19-1739 (6th Cir., January 14, 2021).

    Finding error and remanding to this district court, the panel unanimously determined that Gordon was, in fact, eligible for a sentencing reduction under the First Step Act. The panel also pointed out, in contrast to the government's argument, that the concurrent-sentencing doctrine applies only "where it is clear that there is no collateral consequence to the defendant and the issue does not otherwise involve a significant question meriting consideration." *United States v. Gordon*, 19-1739 at *4, *citing United States v. Hughes*, 964 F.2d 536, 541 (6th Cir. 1992).

## CONCLUSION

Mr. Brown asserts that he was convicted of a covered offense. As such, he respectfully requests this Court to grant reconsideration.

Date:  January 18, 2021                                         Respectfully Submitted,

                                                    WILLEY & CHAMBERLAIN LLP
                                                    Attorneys for Defendant

                                                      /s/ Julia A. Kelly
                                                   _____
                                                   Julia A. Kelly (P77407)
                                                   300 Ottawa Avenue, N.W., Suite 810
                                                   Grand Rapids, Michigan 49503
                                                   (616) 458-2212
                                                   jak@willeychamberlain.com