United States District Court
Eastern District of Michigan
Southern Division

United States of America,

      Plaintiff,                        District Court No. 2:92-cr-81127

     v.                               Hon. David M. Lawson

Gregory Brown,

      Defendant.

## Notice of Appeal

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the amended judgment for defendant Gregory Brown, entered in this action on December 21, 2022. (ECF No. 2582).

                                                    Respectfully submitted,

                                                    Dawn N. Ison
                                                    United States Attorney

                                                    <u>s/ Jessica V. Currie</u>
                                                    Jessica V. Currie
                                                    Assistant U.S. Attorney
                                                    211 West Fort Street, Suite 2001
                                                    Detroit, MI 48226
                                                    (313) 226-9531
Dated: January 20, 2023                 jessica.currie@usdoj.gov